# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**JANET ZIEBARTH,**

    **Plaintiff,**

**v.**              Case No:   6:15-cv-1060-Orl-22TBS

**EVERGREEN LIFESTYLE MANAGEMENT, LLC,**

    **Defendant.**

## ORDER

This cause is before the Court on the Joint Motion for Approval of Settlement Agreement and Dismissal with Prejudice (Doc. No. 27) filed on April 21, 2016.

The United States Magistrate Judge has submitted a report recommending that the Motion be GRANTED.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed April 26, 2016 (Doc. No. 28), is ADOPTED and CONFIRMED and made a part of this Order.

2. The Joint Motion for Approval of Settlement Agreement and Dismissal with Prejudice is hereby GRANTED.

3. The Settlement Agreement is hereby APPROVED.

4. This case is DISMISSED WITH PREJUDICE.

5.  The Clerk is directed to CLOSE the file.

**DONE** and **ORDERED** in Orlando, Florida on May 12, 2016.

ANNE C. CONWAY
United States District Judge

Copies furnished to:

Counsel of Record